UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

ALEJANDRO ESPINOZA,                                          CASE NO.: 1:24-cv-21798-KMW

    Plaintiff,
vs.

MISSONI USA INC.,
a Foreign Profit Corporation
D/B/A MISSONI

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Alejandro Espinoza and Defendant Missoni USA, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby give notice to the Court that the parties have settled this action. The parties are finalizing the settlement documents and will file a stipulation of dismissal in the near future.

Dated: June 24, 2024                                          Respectfully submitted,

| | |
|---|---|
| **BRITO, PLLC** | **Adams & Associates, P.A.** |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| 2121 Ponce de Leon Boulevard | 6500 Cowpen Road, Suite 101 |
| Suite 650 | Miami Lakes, FL 33014 |
| Coral Gables, FL 33134 | Office: 305-824-9800 |
| Office:  305-614-4071 | |
| | |
| By: /s/ *Alejandro Brito* | By: /s/ *Richard J. Adams* |
| **ALEJANDRO BRITO** | **RICHARD J. ADAMS** |
| Florida Bar No. 098442 | Florida Bar No. 770434 |
| abrito@britopllc.com | radamslaw7@gmail.com |
| | |
| | **Mendez Law Offices, PLLC** |
| | Diego German Mendez, Esq. |
| | P.O. BOX 228630 |
| | Miami, Florida 33172 |
| | info@mendezlawoffices.com |